UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PARKVIEW EDGE PROPERTIES, LLC,

    Plaintiff,

    v.

JUDITH E. DUMLAO, et al.,

    Defendants.

_____/

No. C 14-4899 PJH

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; ORDER REMANDING CASE**

The court has reviewed Magistrate Judge Laurel Beeler's Report and Recommendation regarding plaintiff's motion to remand. Defendants filed no objections within the time allowed under 28 U.S.C. § 636(b)(1). The court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, plaintiff's motion to remand the case to the Superior Court of California, County of Alameda, is GRANTED.

In addition, because this is the second time this case has been improperly removed and subsequently remanded for lack of subject matter jurisdiction, it is further ORDERED that the clerk not accept for filing, without prior approval of a judge of this court, any case removed by Judith E. Dumlao, Tommy U. Dumlao, Elaine Altares Escobal, or any other person or entity, involving the unlawful detainer action originally filed in Alameda County Superior Court on September 3, 2014 as Case No. HG14739136.

**IT IS SO ORDERED.**

Dated: December 2, 2014

                                                                                                        _____
                                                                                             PHYLLIS J. HAMILTON
                                                                                             United States District Judge